IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60113
Conference Calendar

_____

THOMAS HILL,

Plaintiff-Appellant,

versus

R. J. MOORE ET AL.

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:93-CV-148-S-D
- - - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Thomas Hill filed a civil rights complaint under 42 U.S.C. § 1983, alleging that his due process rights were violated regarding classification hearings conducted by prison officials.

Hill has failed to state a constitutional violation, a prerequisite to suit under 42 U.S.C. § 1983. Due to his failure to state a claim, Hill's contention that the expanded evidentiary hearing was improperly truncated is to no avail.

This appeal is without arguable merit and thus frivolous. Because the appeal is frivolous, it is DISMISSED. 5th Cir. R. 42.2.

---

[*] Local Rule 47.5.1 provides: "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

We caution Hill that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Hill is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTION WARNING GIVEN.